Thomas WALSH

v.

STIPP CONSTRUCTION COMPANY, Appellant.

No. 13154.

United States Court of Appeals
Third Circuit.

Argued May 5, 1960.

Decided May 13, 1960.

Matthew D. Mackie, Scranton, Pa., for appellant.

Harry P. O'Neill, Jr., Scranton, Pa., for appellee.

Before KALODNER, HASTIE and FORMAN, Circuit Judges.

PER CURIAM.

Our examination of the record in this case discloses evidence sufficient to sustain the jury's verdict in favor of the plaintiff.

The Order of the District Court denying defendant's Motion for Judgment Notwithstanding the Verdict and alternative Motion for a New Trial will be affirmed.

---

Meyer C. YASKIN, Appellant

v.

Allen J. ALLSTON and City of Chester and the Pennsylvania Railroad Company.

No. 13128.

United States Court of Appeals
Third Circuit.

Argued May 5, 1960.

Decided May 12, 1960.

Alan Kahn, Philadelphia, Pa. (Winokur & Kahn, Philadelphia, Pa., on the brief), for appellant.

James M. Marsh, Philadelphia, Pa. (LaBrum & Doak, Philadelphia, Pa., on the brief), for appellees.

Before KALODNER, HASTIE and FORMAN, Circuit Judges.

PER CURIAM.

Upon review of the record we find no error.

The Order of the District Court denying plaintiff's motion for a new trial will be affirmed upon the opinion of Judge Grim, 179 F.Supp. 757 (D.C.E.D.Pa. 1959).